UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| MIKE HENRY ROLLINS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:16-cv-00849 |
| | ) | CHIEF JUDGE CRENSHAW |
| CORRECT CARE SOLUTIONS, et al., | ) | |
| Defendants. | ) | |

## ORDER

The Magistrate Judge recommends that this action be dismissed without prejudice for failure to effectuate service in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. No objections have been filed, and a *de novo* review of the record establishes that service has not been accomplished.

Accordingly, the Report and Recommendation (Doc. No. 8) is **ADOPTED** and **APPROVED** and this case is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk of the Court shall enter a final judgment in accordance with Rule 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1